ALBERT JOHNSON, Appellant, v. CHARLES H. LANDEFELD, JR., as Administrator, etc., of ALFRED JOHNSON, Deceased, and as Executor, etc., of ANNIE JOHNSON, Deceased, and IRVING S. GILES, as Guardian ad Litem for ALFRED KENNETH FORD, FRANK CLIFFORD FORD, Infants, etc., Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

PERCY T. JONES, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MARGARET ADELAIDE KANE, Appellant, v. RICORO ESTATES, INC., and Others, Defendants; AARON B. SALANT, BOND AND MORTGAGE GUARANTEE COMPANY, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

ROSE KIVMAN, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

KLIN CO., INC., Appellant, v. JONAS SHOPPES, INC., Tenant, Respondent; BIBLOWITZ & SONS, INC., Undertenant, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

SIDNEY KOHN, Respondent, v. NEW WAY AUTO PAINTING CORP., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MARTIN G. LANGENAU, as Executor, etc., of EVERARD ROBERTS, Deceased, Respondent, v. JACOB A. FINE, INC., JACOB A. FINE and Others, Defendants, and ERNST KOCH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

LINDLOTS REALTY CORPORATION, Respondent, v. COUNTY OF SUFFOLK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JOHN C. MAHON, Appellant, v. BROOKLYN TRUST COMPANY, as Executor, etc., of JOHN DAIS, Deceased, Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

ISAAC MATSIL, Appellant, v. JACOB MARKOWITZ, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.